# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2015

Robert P. Young, Jr.,
Chief Justice

149230(84)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JAMES R. HOLTON and NANCY M. HOLTON,
　　　　Plaintiffs-Appellants/
　　　　Cross-Appellees,

v

CAROLE L. WARD,
　　　　Defendant-Appellee/
　　　　Cross-Appellant.
_____/

SC: 149230
COA: 308454
Oakland CC: 2011-121522-CH

　　　　On order of the Chief Justice, the motion of the Michigan Lake & Stream Associations, Inc., to participate as amicus curiae is GRANTED. The amicus brief submitted by that organization on February 10, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2015

